MABEL P. WILSON, Appellant, v. NATHAN WILSON and REBECCA P. WILSON, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SELVIA SCHEIN, Appellant, v. WILLIAM RINDNER, Respondent.— Order modified by providing in place of the condition therein imposed that defendant pay a full bill of costs and ten dollars costs of motion, and as so modified affirmed, with ten dollars costs and disbursements of this appeal to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the LINCOLN AUTO MUTUAL CASUALTY CORPORATION, Respondent. (Claim of LEWIS LANDES, Appellant.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of ISIDOR WARSCHAUER, Deceased.— Decree so far as appealed from affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Estate of MAUD IRENE HUBBARD, Deceased.— Decree affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SARA MILLER, Respondent, v. LOUIS MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HARVEY PONTZ, Appellant, v. JOHN DUNLOP'S SONS, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ETHEL TESHNOR, Respondent, v. BUTLER HALL CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LAVINA A. SPENCER, Respondent, v. ELBERT G. SPENCER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOSEPH BRAUER and ANNA BRAUER, Appellants, v. RUSSEK'S FIFTH AVENUE, INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.